

FILED

MAY 12 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CAITLIN HOWARD
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT LYNCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT LYNCH, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. 2:10-mj-00054-DAD <br><br> *DAD* <br> STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE COURT TRIAL AND SET BRIEFING SCHEDULE <br><br> Date:  June 16, 2010 <br> Time:  9:00 a.m. <br> Judge: Hon. Dale A. Drozd |

The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Robert Lynch, by counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the court trial set for June 16, 2010, at 9:00 a.m., and set this case for a motion hearing on July 27, 2010 at 10:00 a.m., pursuant to the following briefing schedule.

    The parties stipulate to the following briefing schedule:

```
1        Defendant's Motion due  . . . . . . . . . . . . . June 28, 2010
2        Government's Response due . . . . . . . . . . . . July 12, 2010
3        Defendant's Reply due . . . . . . . . . . . . . . July 19, 2010
4        Motion Hearing  . . . . . . . . . . . July 27, 2010 at 10:00 a.m.
5   / / /
6        The parties agree that the Court may set the court trial following
7   the motion hearing.
8
9   Dated: May 11, 2010
                                       Respectfully submitted,
10
                                       DANIEL J. BRODERICK
11                                     Federal Defender
12
13                                     /s/ Lauren Cusick
                                       LAUREN CUSICK
14                                     Assistant Federal Defender
                                       Attorney for Defendant
15                                     Robert Lynch
16
17  Dated: May 11, 2010               BENJAMIN B. WAGNER
                                       United States Attorney
18
19                                     /s/Matthew Stegman
                                       MATTHEW C. STEGMAN
20                                     Assistant U.S. Attorney
21
22                          ORDER
23  IT IS SO ORDERED.
24
25  Dated: 5/12/10                     Dale A. D__
                                       _____
26                                     HON. Dale A. Drozd
                                       United States Magistrate Court
27
28

    STIPULATION AND [PROPOSED] ORDER   -2-
```